

# Fourth Court of Appeals
## San Antonio, Texas

February 3, 2015

No. 04-14-00814-CR

Jacob Randall **SONGER**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the County Court at Law, Kendall County, Texas
Trial Court No. 13-272-CR
Honorable Bill R. Palmer, Judge Presiding

# O R D E R

On January 5, 2015, appellant filed a Motion to Extend Time to File Appellant's Brief. Although a reporter's record was filed on December 11, 2014, because the clerk's record was not yet filed, appellant's January 5 motion for an extension of time was premature. On February 2, 2015, the clerk's record was filed in this court; therefore, appellant's brief is now due.

We grant appellant's request to file his brief **on March 10, 2015**.

_____
Sandee Bryan Marion, Chief Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of February, 2015.

_____
Keith E. Hottle
Clerk of Court